AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MICHELANGELO COLLAZO | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. |
| CARMADOS, LLC and B&D, LLC | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B&D, LLC
Philip A. Disque, Registered Agent
707 SE 3rd Ave.
Suite 400
Fort Lauderdale, FL 33316

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas Schapiro, Esq.
Schapiro Law Group. P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
(561) 807-7388

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                                            *Signature of Clerk or Deputy Clerk*