UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHELANGELO COLLAZO,

    Plaintiff,

vs.

CARMADOS, LLC and
B&D, LLC

    Defendants.
_____/

**VERIFIED CERTIFICATE OF COUNSEL REGARDING PRIOR FILINGS**

Counsel for Plaintiff, MICHELANGELO COLLAZO, hereby files this Verified Certificate of Counsel Regarding Prior Filings.

As an officer of the Court, and attorney for Plaintiff, I do hereby certify that the above-styled case has never been filed before in either state or federal court. Under my direction, a search has been made on both state and federal court records with the result that I can find no prior filing of this same, or similarly related case. I visited the Broward County Property Appraiser's web site and researched the owners of the subject property from 1992 to the present and inputted the names of the owners and operators of the property, past and present, into the PACER database. The prior owners included East Side Mario's Operating Corporation and Sunrise Mills Residual Limited Partnership.

Further, I certify that this case has never been considered by another judge in a prior filing and (a) *sua sponte* dismissed, either with or without prejudice to refile, (b) voluntarily dismissed by me or any other lawyer or a party seeking to sue this same defendant on this same cause of action, (c) involuntarily dismissed with or without prejudice to refile for a technical violation of either federal or Southern District Local Rules of Court which would (as an example) include failure to pay filing fee, failure to allege citizenship, failure to obtain default, failure to timely amend, failure to attend a scheduled court hearing, failure to file a Rule 16 Scheduling report, failure to file a pretrial stipulation, failure to attend a call of the calendar when ordered, or any other technical violation of the rules.

Further, I do certify that I have not privately agreed with opposing counsel in any case heretofore filed and dismissed for any of the reasons set forth above to keep silent about prior filings and dismissals of this cause of action in violation of S.D. Fla. Rule 3.9A, C and D.  I recognize that I have a continuing obligation under Rule 3.9D to keep the Court fully advised of related proceedings described in Rule 3.9.

I hereby swear and affirm that on December 2, 2012, the statements made in this Verified Certificate of Counsel Regarding Prior Filings are true and correct to the best of my knowledge.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com
