UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62373-CIV-ZLOCH

MICHELANGELO COLLAZO,

      Plaintiff,

                                      **FINAL ORDER APPROVING AND**
vs.                          **ENTERING CONSENT DECREE**
                                     **AND DISMISSING CASE**

CARMADOS, LLC, and B&D, LLC,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 12), filed herein by Plaintiff Michelangelo Collazo and Defendants Carmados, LLC, and B&D, LLC.  The Court has carefully reviewed said Stipulation, the Parties' Consent Decree (DE 12-1), the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 12) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The Parties' Consent Decree (DE 12-1) be and the same is hereby approved, adopted, and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Settlement pursuant to the Parties' Consent Decree (DE 12-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of February, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record